UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and NICHOLAS BRUNETTI, Revenue Officer, | NO. CV-09-04722 SBA |
| Petitioners, | |
| v. | [~~Proposed~~] ORDER TO SHOW CAUSE RE: CONTEMPT |
| CELINE D. SCHMID, | |
| Respondent. | |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, it is hereby

**ORDERED** that respondent appear in person before this Court on **July 27, 2010 at 1:00 p.m.**, in Courtroom 1, 4th Floor, United States Courthouse, 1301 Clay Street, Suite 400 S, Oakland, California, and then and there show cause, if she has any, why she should not be held in contempt for her failure to comply with the Report and Recommendation Re: Enforcement of Internal Revenue Service Summons [Docket No. 1] filed January 15, 2010; and it is further

**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 5 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

further:

**ORDERED** that within twenty-eight (28) days before the return date of this Order, the respondent may file and serve a written response to the Order To Show Cause Re: Contempt, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection 1746, as well as any motions he desires to make. **If respondent fails to timely respond to this Order, the Court will deem him to be in contempt, as set for in petitioner's Application for Entry of Order to Show Cause re: Contempt, and will enter a contempt order without further notice or a hearing.** If respondent timely files a response, petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order. All motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.

**ORDERED** this <u>10th</u> day of June 2010.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge